# Exhibit A

**LAW OFFICES OF ANDREW SPIRT, PLLC**
**BY: ANDREW R. SPIRT, ESQUIRE**
Identification No.: 75582
1300 Virginia Drive
Suite 310
Fort Washington, PA 19034
(267) 933-4001
Email: aspirt@spirtlaw.com

**THIS IS AN ARBITRATION MATTER**
**Assessment of Damages Hearing Requested.**

Attorney for Plaintiff

Filed and Attested by the
Office of Judicial Records
18 FEB 2026 10:41 am
L. BREWINGTON

---

**SARA JENNINGS**
104B Harwood Court
Mount Laurel, NJ 08053

vs.

**AMAZON.COM, INC.**
c/o Corporate Services Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110
and
**AMAZON LOGISTICS, INC.**
c/o Corporate Services Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110
and
**BEYOND LOGISTICS, LLC**
6901 Elmwood Avenue
Philadelphia, PA 19142
and
**SHEMAR MOORE**
6901 Elmwood Avenue
Philadelphia, PA 19142
and
**JOHN AND JANE DOES**
and
**ABC CORPORATIONS**

COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY

FEBRUARY TERM, 2026

NO:

---

# CIVIL ACTION COMPLAINT
## 2V - Motor Vehicle Accident

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o nofificacion.

entered against you by the court complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP

Lawyer Reference Service
Philadelphia Bar Association
1101 Market Street, 11th Floor
Philadelphia, PA 19107
(215) 238-6300

Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades y otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Lawyer Reference Service
Philadelphia Bar Association
1101 Market Street, 11th Floor
Philadelphia, PA 19107
(215) 238-6300

**LAW OFFICES OF ANDREW SPIRT, PLLC**
**BY: ANDREW SPIRT, ESQUIRE**
Attorney ID No.: 75582
1300 Virginia Drive, Suite 310
Fort Washington, PA 19034
(267) 933-4001
aspirt@spirtlaw.com

**MAJOR CASE -**
**JURY TRIAL IS DEMANDED**

Attorney for Plaintiff

---

**SARA JENNINGS**
104B Harwood Court
Mount Laurel, NJ 08053

vs.

**AMAZON.COM, INC.**
c/o Corporate Services Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110
and
**AMAZON LOGISTICS, INC.**
c/o Corporate Services Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110
and
**BEYOND LOGISTICS, LLC**
6901 Elmwood Avenue
Philadelphia, PA 19142
and
**SHEMAR MOORE**
6901 Elmwood Avenue
Philadelphia, PA 19142
and
**JOHN AND JANE DOES**
and
**ABC CORPORATIONS**

COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY

FEBRUARY TERM, 2026

NO:

---

**CIVIL ACTION COMPLAINT**

Plaintiff, Sara Jennings, by and through undersigned counsel, the Law Offices of Andrew Spirt, PLLC, hereby files the following Civil Action Complaint against Defendants,

Amazon.com, Inc, Amazon Logistics, Inc, Beyond Logistics, LLC, Shemar Moore, John and Jane Does and ABC Corporations, and in support thereof, asserts as follows:

**PARTIES**

1. Plaintiff, Sara Jennings, is an adult individual residing at the above address.
2. Defendant, Amazon.com, Inc., is a corporation or other legal entity with a registered office and/or principal place of business at the above captioned address. At all times material hereto, Amazon.com, Inc., was the parent company of Defendants, Amazon Logistics, Inc. and Beyond Logistics, Inc. and/or other entities described herein as ABC Corporations operating by and through its agents, contractors, representatives, and Delivery Service Partners ("DSP"), which operated a subscription service commonly known as "Amazon Prime" which included truck drivers driving company trucks in furtherance of its business of delivery of products and may hold insurance for any or all of the Defendants herein.
3. Defendant, Amazon Logistics, Inc. is a corporation or other legal entity with a registered office and/or principal place of business at the above captioned address. At all times material hereto, Amazon Logistics, Inc. owned, operated and controlled the business of a subscription service with delivery and business trucks with the insignia "Amazon Prime" which delivered products and other tangible items to its customers through, among other ways, its employees, agents, contractors and representatives driving its trucks to transport the products.
4. Defendant, Beyond Logistics, LLC, is a limited liability company, corporation or other legal entity with a registered office and/or principal place of business at the above captioned address. At all times material hereto, Beyond Logistics, LLC, was a Delivery Service Partner ("DSP") of Defendants, Amazon.com, Inc. and Amazon Logistics, Inc., operating Amazon Delivery Station DDP3 through which it was in the business of a subscription service with

trucks with the insignia "Amazon Prime" which delivered products and other tangible items to its customers through, among other ways, its employees, agents, contractors and representatives driving its trucks to transport the products.

5. Defendants, Amazon.com, Inc, Amazon Logistics, Inc., Beyond Logistics, LLC, are vicariously liable for the acts of the driver Defendant, Shemar Moore and/or John and Jane Does under the doctrine of *Respondeat Superior* and are directly liable for the negligence of Defendant, Shemar Moore and/or other drivers or employees, contractors and agents who names are not currently known as stated herein. (Defendants, Amazon.com, Inc, Amazon Logistics, Inc and Beyond Logistics, LLC are sometimes hereinafter referred to collectively as the "Amazon Defendants").

6. Defendant, Shemar Moore, is an adult individual who was employed by and doing business at the above address. At all times material hereto, Defendant Moore was operating Amazon Vehicle #25 bearing license plate ZYA7258 and was an employee, contractor, agent and representative for Defendants, Amazon.com, Inc., Amazon Logistics, Inc. and/or Beyond Logistics, LLC.

7. Defendants, John and Jane Does, are fictitious names of individuals whose identities, after reasonable investigation, are presently unknown and could not be reasonably known who are drivers, managers, employees, agents or contractors of the Amazon Defendants who were operating and/or otherwise responsible for certain acts or omissions contributing to the accident which is the subject of this Complaint, as well as the hiring, training and monitoring of drivers of the trucks of the Amazon Defendants and/or generating, implementing or enforcing corporate policies and protocols regarding the same.

8. Defendants, ABC Corporations are fictitious names of corporations, limited liability companies or other entities existing pursuant to law whose identities, after reasonable investigation, are presently unknown and could not be reasonably known which are Delivery Service Partners or in some other way associated or affiliated with the Amazon Defendants and Defendant, Shemar Moore, John and Jane Does and ABC Corporations which were operating and/or otherwise responsible for certain acts or omissions contributing to the accident which is the subject of this Complaint, as well as the hiring, training and monitoring of drivers of the trucks of the Amazon Defendants and/or generating, implementing or enforcing corporate policies and protocols regarding the same.

## JURISDICTION & VENUE

9. Jurisdiction and venue are proper in this Court because the Defendants all reside in and/or regularly conduct business in the Commonwealth of Pennsylvania, County of Philadelphia, and the accident which is the subject of this Complaint occurred in the Commonwealth of Pennsylvania, County of Philadelphia.

## FACTS

10. On or about March 13, 2025, Plaintiff, Sara Jennings, operating her motor vehicle and was legally stopped waiting to park her car on North 2nd Street in Philadelphia, Pennsylvania.

11. At the same time and place, Defendant, Shemar Moore, was operating Amazon Vehicle #25, bearing license plate ZYA7258 (PA) and the corporate insignia "Amazon Prime" in the course and scope of employment and agency with the Amazon Defendants, when he unlawfully and negligently attempted to pass and go around Plaintiff's stationary vehicle and violently struck Plaintiff's vehicle at the rear and left rear side.

12. As a result of the aforesaid accident, Plaintiff, Sara Jennings, suffered severe, permanent and debilitating injuries set forth in detail hereafter.

**COUNT I**
**PLAINTIFF V. ALL DEFENDANTS**
**NEGLIGENCE (DRIVER AND VICARIOUS LIABILITY)**

13. Plaintiff, Sara Jennings, incorporates by reference the foregoing paragraphs as if fully set forth herein.

14. The aforesaid accident was caused by the negligence and carelessness of Defendants, Shemar Moore and/or John and Jane Does directly, as well as vicariously through the Amazon Defendants and/or ABC Corporations, both directly and vicariously, inter alia in:

a. Failing to have the vehicle under proper and adequate control;

b. Operating the vehicle at an excessive rate of speed;

c. Failing to maintain an assured clear distance ahead;

d. Failing to note the position of Plaintiff's stationary vehicle;

e. Being inattentive;

f. Failing to maintain a proper lookout and yield the right of way to Plaintiff;

g. Failing to pass Plaintiff's vehicle in a safe and prudent manner;

h. Attempting to pass Plaintiff's vehicle when it was unsafe to do so;

i. Operating the vehicle in a dangerous and unsafe manner;

j. Failing to make timely application of the vehicle's brakes;

k. Failing to bring the vehicle to a stop in a timely fashion, thereby striking Plaintiff's motor vehicle; and

l. Operating the motor vehicle in violation of the statutes of the Commonwealth of Pennsylvania including the Pennsylvania Motor Vehicle Financial Responsibility Law.

15. As a direct and proximate result of the negligence and carelessness aforesaid, Plaintiff, Sara Jennings, sustained injuries to her head, neck, back, shoulders, arms, hands and body, as well

as severe shock to her nerves and nervous system, extreme embarrassment, humiliation, loss of the enjoyment of her usual duties, usual occupations, life's pleasures and activities, to her great detriment and loss, some or all of which may be permanent in nature.

16. As a further direct and proximate result of the aforesaid occurrence, Plaintiff, Sara Jennings, has, and may in the future, suffer mental anguish, emotional distress, pain and suffering, impairment of physical activity, and may continue to suffer same for an indefinite time in the future.

17. As a direct and proximate result of this occurrence, Plaintiff, Sara Jennings, has suffered a loss of earnings and earning capacity and has been and will be obligated to expend various sums of money or to incur various expenses for the injuries sustained, and may continue to incur such expenses in the future to her great financial loss and detriment.

**WHEREFORE**, Plaintiff, Sara Jennings, demands judgment in her favor and against Defendants in an amount in excess of Fifty Thousand ($50,000.00) Dollars, together with such other relief as the Court shall deem appropriate.

**COUNT II**
**PLAINTIFF V. AMAZON DEFENDANTS AND ABC CORPORATIONS**
**NEGLIGENCE (DRIVER AND VICARIOUS LIABILITY)**

18. Plaintiff, Sara Jennings, incorporates by reference the foregoing paragraphs as if fully set forth herein.

19. The accident aforesaid was caused by the negligence and carelessness of the Amazon Defendants and ABC Corporations in that they inter alia did:

    a. Negligently hire Defendant, Shemar Moore and/or John and Jane Does, when they knew or reasonably should have known that he/she was an incompetent, unfit, or careless driver with a poor driving record;

b. Negligently fail to properly train Defendant, Shemar Moore and John and Jane Does, in safe driving practices, company procedures, and proper operation of commercial delivery vehicles;

c. Negligently fail to implement, maintain, and enforce appropriate safety policies, adequate supervision, and proper oversight of their drivers and delivery operations; and

d. Negligently entrust Amazon Vehicle #25 to Defendant, Shemar Moore, John and Jane Does when they knew or reasonably should have known that he/she was not fit to drive and operate said vehicle in a safe manner and not aware of the rules of the road and Pennsylvania Motor Vehicle Financial Responsibility Law.

20. As a result of the negligence and carelessness aforesaid, Plaintiff, Sara Jennings, sustained injuries to her head, neck, back, shoulders, arms, hands and body, as well as severe shock to her nerves and nervous system, extreme embarrassment, humiliation, loss of the enjoyment of her usual duties, usual occupations, life's pleasures and activities, to her great detriment and loss, some or all of which may be permanent in nature.

21. As a further direct and proximate result of the aforesaid occurrence, Plaintiff, Sara Jennings, has, and may in the future, suffer mental anguish, emotional distress, pain and suffering, impairment of physical activity, and may continue to suffer same for an indefinite time in the future.

22. As a direct and proximate result of this occurrence, Plaintiff, Sara Jennings, has suffered a loss of earnings and earning capacity and has been and will be obligated to expend various sums of money or to incur various expenses for the injuries sustained, and may continue to incur such expenses in the future to her great financial loss and detriment.

**WHEREFORE**, Plaintiff, Sara Jennings, demands judgment in her favor and against Defendants, Amazon.com Services, Inc., Amazon Logistics, Inc., Beyond Logistics, LLC and ABC Corporations, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, together with such other relief as the Court shall deem appropriate.

**LAW OFFICES OF ANDREW SPIRT, PLLC**

**BY:** ______________________________

**ANDREW SPIRT, ESQUIRE**

## VERIFICATION

I, Sara Jennings, hereby states that I am the plaintiff in this action and verifies that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief and that this verification is made with the knowledge. The undersigned understands that the statements therein are made subject to penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

**Sara Jennings**